IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL D. HOPKINS, JR.,<br><br>              Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA and STATE OF UTAH,<br><br>              Defendants. | ORDER ADOPTING THE REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WELLS<br><br>Case No. 2:15-cv-463-DN-BCW<br><br>District Judge David Nuffer |

      The Report and Recommendation[1] issued by United States Magistrate Judge Wells on July 10, 2015 recommends dismissal of plaintiff Michael Hopkins's complaint without prejudice and that his Motion for Official Service of Process[2] be deemed moot.

      The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

      De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation is adopted.

---

[1] Docket no. 6, filed July 10, 2015.

[2] Docket no. 5, filed July 7, 2015.

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED and the above-captioned matter is DISMISSED without prejudice.

The Clerk shall close the case.

Signed September 10, 2015.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[3] Docket no. 6, filed July 10, 2015.